UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| MARYLAND COMPANY, LLC, ET AL. | CIVIL ACTION NO. 06:10-cv-1781 |
| VERSUS | JUDGE HAIK |
| EXXON MOBIL CORPORATION, ET AL. | MAGISTRATE JUDGE HANNA |

### **ORDER**

Considering the discussion had during the status conference of September 27, 2011,

IT IS ORDERED that the plaintiff's motion for contempt against Exxon Mobil Corporation (Rec. Doc. 145) will be resolved without oral argument.

IT IS FURTHER ORDERED that Exxon's opposition brief will be filed not more than fourteen after the date of this order.

IT IS FURTHER ORDERED that no reply brief will be filed.

Signed at Lafayette, Louisiana, this 28th day of September 2011.

Patrick J. Hanna
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)